# EXHIBIT 1

NELSON MULLINS RILEY & SCARBOROUGH
Atlantic Station
201 17th Street NW, Ste. 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-6050
S. Wade Malone
wade.malone@nelsonmullins.com

REICKER, PFAU, PYLE & McROY LLP
1421 State Street, Suite B
Santa Barbara, CA 93101
Tel (805) 966-2440
Fax (805) 966-3320
Meghan K Woodsome (State Bar No. 272459)
mwoodsome@rppmh.com
Cory T. Baker (State Bar No. 315763)
cbaker@rppmh.com

Attorneys for Plaintiff The Armand Hammer Foundation, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA BARBARA—ANACAPA DIVISION

| THE ARMAND HAMMER FOUNDATION, INC., a Florida Not For Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>REX K. ALEXANDER, an individual, MISTY HAMMER, an individual, MARK L. ALFANO, an individual, BULL CANYON, INC., a California Corporation, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.<br>Judge:<br><br>DECLARATION OF DAVID SMITH IN SUPPORT OF ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER |
|---|---|

I, David Richard Smith, declare:

1. I make this declaration on personal knowledge. If called on to do so, I could and would testify competently to the contents of this declaration.

2. I first met Michael Hammer over twenty-five years ago. He was my friend and I cared about him very much.

1

DECLARATION OF DAVID SMITH

3. I was hired by Michael Hammer as his personal assistant in or about 1999, and I was made the Chief Administrator, Head of Security for The Armand Hammer Foundation, Inc. ("Foundation") in or about 2006. So for the better part of sixteen (16) years, I primarily worked out of the Foundation office, located at 3501 Via Real, Carpentaria, California.

4. I have observed concerning actions by Rex Alexander and Mark Alfano.

5. For as long as I can remember, artwork belonging to the Foundation, that I am informed and believe to be valued in the millions, has been stored at the Foundation office.

6. During the period of October and November 2022, Mark Alfano relocated valuable pieces of art owned by the Foundation to a separate warehouse.

7. Mark Alfano told the woman who has cleaned the Foundation office every Monday and Thursday for the past ten years to not come in for work because Mark was "moving things." Mark Alfano also brought in a moving crew to relocate art belonging to the Foundation.

8. I have also noticed Mark Alfano retrieving mail from the Foundation's postal box across the street from the California Foundation office. It is unusual for Mark Alfano to be retrieving mail for the Foundation. When I looked at the mail Mark Alfano brought into the office, I noticed a letter from U.S. Bank addressed to Mark Alfano's attorney, Jeff Katofsky, regarding the formation of Padaro Collection LLC.

9. On November 1, 2022, Rex Alexander called me to tell me that I was being terminated from the Foundation as of December 31, 2022.

10. The next day, on November 2, 2022, I showed up to the Foundation office for work, and I was locked out. The locks had been changed and my door clicker did not work.

11. I believe Mark Alfano locked me out of the office because I was concerned about and looking into his relocation of Foundation art.

12. Mark Alfano previously locked me out of the Foundation office in 2019 when Mark Alfano was a defendant in an insurance fraud prosecution.

13. Since the date on which Rex Alexander conveyed that I would be terminated, I have had my access to the Foundation computer system revoked, that system includes access to the inventory of

Foundation art.

14. On November 25, 2022, Viktor Hammer, who had been elected President of the Foundation by the Foundation Board that day, instructed me to secure the Foundation office and to call a locksmith in the case that I was unable to gain entry to the office.

15. I showed up at the Foundation office the morning of November 25, 2022 with Mike McGrew, a retired Santa Barbara police officer and long-time friend of the late Michael Hammer. The gate arm was closed, and the codes had been changed.

16. At Viktor Hammer's instruction, Mike McGrew called a locksmith company, to open the gate.

17. The locksmith opened the gate, and Mike McGrew and I drove past the gate.

18. Not long thereafter, two police vehicles arrived. A police officer told us that someone called the police alleging that Mike McGrew and I were trespassing. I told the police officer that Viktor Hammer, the President of the Foundation, authorized us to be at the Foundation office and to take these actions.

19. Mark Alfano then arrived at the Foundation office as a passenger in another man's vehicle. I recognized the driver as one of Mark Alfano's confidants, Cecil Kyte.

20. The police separated Mike McGrew and I to ask us questions. I told the police officer that I am employed by the Foundation as the Chief Administrator, Head of Security.

21. The police officer told me that he had a conversation with Misty Hammer, and she told him that I no longer work for the Foundation.

22. The police officers escorted Mike McGrew and I off the Foundation property, and he instructed us not to return until we have documentation, such as a court order, that authorizes us to be at the Foundation office.

23. I complied with the police officers' instructions and left the premises.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7 day of December, 2022.

*[signature: David Smith]*

3

DECLARATION OF DAVID SMITH

1 | David Smith
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

## All Purpose Acknowledgement

State of UTAH
County of UTAH

On December 7, 2022, before me, Lorie Wright,
     (date)                                    (notary)

personally appeared, DAVID Richard Smith,
                                    (signers)

☐ personally known to me -- OR -- ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

**LORIE WRIGHT**
NOTARY PUBLIC • STATE OF UTAH
My Commission Expires May 26, 2024
COMMISSION NUMBER 712184

WITNESS my hand and official seal

(seal)

_____
(notary signature)