# EXHIBIT 7

Division of Corporations  .  .    https://efile.sunbiz.org/scripts/efilcovr.exe





Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000376364 3)))

H220003763643ABC0

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number      : (850)617-6383

From:
    Account Name    : BUSH ROSS, P.A.
    Account Number  : I19990000150
    Phone           : (813)224-9255
    Fax Number      : (813)223-9620

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

    Email Address: _____

## FOREIGN PROFIT/NONPROFIT CORPORATION
## HAMMER INTERNATIONAL FOUNDATION, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 04 |
| Estimated Charge | $78.75 |

Electronic Filing Menu    Corporate Filing Menu    Help

V22-139229
SR

# APPLICATION BY FOREIGN NOT FOR PROFIT CORPORATION FOR AUTHORIZATION TO CONDUCT ITS AFFAIRS IN FLORIDA

*IN COMPLIANCE WITH SECTION 617.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN NOT FOR PROFIT CORPORATION FOR AUTHORIZATION TO CONDUCT ITS AFFAIRS IN THE STATE OF FLORIDA:*

1. HAMMER INTERNATIONAL FOUNDATION, INC.
(Name of corporation: must include the word "INCORPORATED" or "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present. "Company" or "Co." may not be used as a corporate suffix by a nonprofit corporation.)

(If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. CAYMAN ISLANDS
(State or country under the law of which it is incorporated)

3. 98.0153886
(FEI number, if applicable)

4. JUNE 23, 1995
(Date of Incorporation)

5. _____
(Date of duration, if other than perpetual)

6. NOVEMBER 1, 2022
(Date first conducted affairs in Florida if prior to registration. See sections 617.1501 & 617.1502, F.S. to determine penalty liability.)

7. 600 SW 3rd STREET, SUITE 5100 #V, POMPANO BEACH, FL 33060
(Principal office street address)

_____
(Current mailing address, if different)

8. PERFORM AND CARRY OUT THE CORPORATION'S CHARITABLE MISSION, OBJECTIVES, AND GRANTMAKING FUNCTIONS WHEN CONDUCTING ITS OPERATIONS, INCLUDING UNDERTAKING ACTIONS AUTHORIZED UNDER FLORIDA LAW.
(Purpose(s) of corporation authorized in home state or country to be carried out in the state of Florida)

9. Name and street address of Florida registered agent: (P.O. Box **NOT** acceptable)

Name: BUSH ROSS REGISTERED AGENT SERVICES, LLC
Office Address: 1801 N. HIGHLAND AVE.
TAMPA (City), Florida 33602 (Zip Code)

2022 NOV -3 PM 4:24

10. **Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

BUSH ROSS REGISTERED AGENT SERVICES, LLC

BY: _Randy K Sterns_ (Registered agent's signature)
RANDY K. STERNS, VICE PRESIDENT

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. For initial indexing purposes, list names, titles and addresses of the primary officers and/or directors [up to six (6) total]:

## A. DIRECTORS

☐ Chairman  Name: REX ALEXANDER
☐ Vice Chairman  Address:
☒ Director  600 SW 3rd STREET, SUITE 5100 #V
☐ President  POMPANO BEACH, FL 33060
☒ Vice President
☒ Secretary    ☐ Treasurer
☐ Other: _____    ☐ Other: _____

☐ Chairman  Name: MARK ALFANO
☐ Vice Chairman  Address:
☒ Director  600 SW 3rd STREET, SUITE 5100 #V
☐ President  POMPANO BEACH, FL 33060
☐ Vice President
☐ Secretary    ☒ Treasurer
☐ Other: _____    ☐ Other: _____

☐ Chairman  Name: SAMUEL I LTD.
☐ Vice Chairman  Address:
☒ Director  600 SW 3rd STREET, SUITE 5100 #V
☐ President  POMPANO BEACH, FL 33060
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____    ☐ Other: _____

☐ Chairman  Name: MICHAEL A. HAMMER
☐ Vice Chairman  Address:
☒ Director  600 SW 3rd STREET, SUITE 5100 #V
☐ President  POMPANO BEACH, FL 33060
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____    ☐ Other: _____

☒ Chairman  Name: MISTY HAMMER
☐ Vice Chairman  Address:
☒ Director  600 SW 3rd STREET, SUITE 5100 #V
☒ President  POMPANO BEACH, FL 33060
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____    ☐ Other: _____

☐ Chairman  Name: JEFF KATOFSKY
☐ Vice Chairman  Address:
☒ Director  600 SW 3rd STREET, SUITE 5100 #V
☐ President  POMPANO BEACH, FL 33060
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____    ☐ Other: _____

** SEE ADDITIONAL DIRECTOR ON ADDITIONAL PAGE ATTACHED **

NOTE: Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

13. ___** SEE SIGNATURE ON ADDITIONAL DIRECTOR PAGE ATTACHED **___
(Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. REX ALEXANDER, VICE PRESIDENT
(Typed or printed name and capacity of person signing application)

12. For initial indexing purposes, list names, titles and addresses of the primary officers and/or directors [up to six (6) total]:

## A. DIRECTORS

☐ Chairman     Name: RAISHA PARK
☐ Vice Chairman  Address:
☒ Director     600 SW 3rd STREET, SUITE 5100 #V
☐ President    POMPANO BEACH, FL 33060
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____ ☐ Other: _____

☐ Chairman     Name: _____
☐ Vice Chairman  Address: _____
☐ Director
☐ President
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____ ☐ Other: _____

☐ Chairman     Name: _____
☐ Vice Chairman  Address: _____
☐ Director
☐ President
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____ ☐ Other: _____

☐ Chairman     Name: _____
☐ Vice Chairman  Address: _____
☐ Director
☐ President
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____ ☐ Other: _____

☐ Chairman     Name: _____
☐ Vice Chairman  Address: _____
☐ Director
☐ President
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____ ☐ Other: _____

☐ Chairman     Name: _____
☐ Vice Chairman  Address: _____
☐ Director
☐ President
☐ Vice President
☐ Secretary    ☐ Treasurer
☐ Other: _____ ☐ Other: _____

**NOTE:** Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

13. _[signature]_
   (Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. REX ALEXANDER, VICE PRESIDENT
   (Typed or printed name and capacity of person signing application)

OC-60329

# Certificate Of Good Standing

## TO WHOM IT MAY CONCERN

I DO HEREBY CERTIFY that



**HAMMER INTERNATIONAL FOUNDATION**

a company duly organised and existing under and by virtue of the Acts of The Cayman Islands is at the date of this certificate in Good Standing with the office, and duly authorised to exercise therein all the powers vested in the company.

Given under my hand and Seal at George Town in the Island of Grand Cayman this 25th day of October Two Thousand Twenty-Two



**An Authorised Officer,**
**Registry of Companies,**
**Cayman Islands.**

Authorisation Code : 891875265805
www.verify.gov.ky
25 October 2022