# EXHIBIT 15

## EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Parcel One:

That part of the portion of the Outside Pueblo Lands of the City of Santa Barbara, County of Santa Barbara, State of California, described as Item 20 in the Final Decree of Distribution in the Matter of the Estate of John W. Ballard, deceased, recorded in Volume 207 of Deeds at Page 291, records of said County, described as follows:

Commencing at the Northerly terminus of course numbered (8) as described in the deed to the State of California, recorded December 18, 1951 as Instrument No. 19698, in Book 1038, Page 340 of Official Records, in the Office of the Santa Barbara County Recorder; thence North 27°29'50" East 142.53 feet to the true point of beginning; thence (1) North 69°46'25" West, 59.24 feet; thence (2) North 49°47'41" West, 440.22 feet; thence (3) North 42°01'39" East, 66.00 feet; thence (4) South 58°08'37" East, 345.43 feet; thence (5) South 50°44'09" East, 145.17 feet; thence (6) South 17°00'42" East, 11.66 feet; thence (7) South 42°01'40" West, 92.00 feet to the true point of beginning.

Bearings and distances used herein are based on the California Coordinate System, Zone 5 as used in the deed to the State of California recorded August 2, 1963 as Instrument No. 33210 in Book 2006, Page 118 of said Official Records.

Parcel Two:

The portion of the part of the Outside Pueblo Lands of the City of Santa Barbara, County of Santa Barbara, State of California, described in the deed filed for record August 2, 1963 in Book 2006 at page 118 of said County's Official Records that adjoins exception "Parcel 2" described therein, and is bounded by courses 1 through 5 described as follows:

1. Record course 3 of said exception "Parcel 2," which is described in said document as "N. 42°01'39" E., 66.00 feet."

2. That side line course of "PARCEL SIX" shown as "S 31°51'25" W, 10.95'" on the map sheet filed at page 26 of State Highway Map Book 7, a record of said County, said "PARCEL SIX" is a segment of the frontage roads relinquished to the County effective May 17, 1988 upon filing of a certified copy of California Transportation Commission Resolution No R2977 as Document Number 88-029443 of Santa Barbara County Official Records,

3. That side line course of said "PARCEL SIX" shown as N 58°08'35" W, 409.69' on said map sheet.

4. The line prolonged N49°47'41"W, 120.00 feet from the northwesterly terminus of that record course 3 of the aforementioned "Parcel 2."

5. The line that commences at the northwesterly terminus of last described course 4, that is parallel with the above described course 1, and that terminates at a point in the above described course 3, N 42°01'39" E, 59.42 feet.

APN: 005-430-35 & 62