# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ARMAND HAMMER FOUNDATION, INC., a Florida Not For Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAMMER INTERNATIONAL FOUNDATION, a Cayman Islands Association Not For Profit,<br><br>Defendant. | Case No. 2:23-cv-01215-FLA-SK<br><br>**[PROPOSED] CONSENT JUDGMENT** |

Before the Court is The Armand Hammer Foundation, Inc. ("AHF") and Hammer International Foundation's ("HIF") (together, the "Parties") Joint Motion for Consent Judgment (the "Motion"), seeking to fully and finally resolve this matter by (a) granting AHF declaratory relief, as sought in Count III of the Complaint; and (b) quieting title to a piece of real property in AHF's name, as sought in Count II of the Complaint. Based on the record, the Parties' Motion, an Order entered by the Grand Court of the Cayman Islands on August 16, 2024 concerning control over HIF (Dkt. 151-1), and for good cause appearing, the Court hereby ORDERS THAT:

1. AHF is entitled to the following declaratory judgments:

    a. Any purported transfers of AHF's assets and real and personal property to HIF in or about 2022 or 2023 were invalid and ineffective;

    b. The purported Quitclaim Deed, attached as Exhibit 2 to the Complaint, is invalid, ineffective, null and void;

    c. The purported Art Transfer Agreement, attached as Exhibit 4 to the Complaint, is invalid, ineffective, null and void;

    d. The purported Bill of Sale and Assignment, attached as Exhibit 5 to the Complaint, is invalid, ineffective, null and void;

    e. AHF has sole control and ownership over its bank accounts, assets, artworks, and all real and personal property purportedly transferred to HIF in or about 2022 or 2023; and

    f. The purported December 2017 merger agreement between AHF's predecessor (The Armand Hammer Foundation, Inc., a California corporation) and HIF, attached as Exhibit 8 to the Complaint, is invalid, ineffective, null and void.

2. AHF is entitled to a judgment quieting title to the real property located at 3501 Via Real, Carpinteria, California, in AHF's name alone as of October 27, 2022.

3. This action is hereby dismissed with prejudice, with each party bearing their own fees and costs.

IT IS SO ORDERED.

DATED: _____   _____
By: FERNANDO L. AENLLE-ROCHA
UNITED STATE DISTRICT COURT JUDGE